IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Mary N | Case Number:  08 B 34362 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/29/09 | Filed:  12/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 2. | Citi Residential Lending Inc | Secured | | No Claim Filed |
| 3. | Bayview Loan Servicing | Unsecured | | No Claim Filed |
| 4. | Chase | Unsecured | | No Claim Filed |
| 5. | Bank Of America | Unsecured | | No Claim Filed |
| 6. | CBNA | Unsecured | | No Claim Filed |
| 7. | Discover Financial Services | Unsecured | | No Claim Filed |
| 8. | Citibank | Unsecured | | No Claim Filed |
| 9. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 10. | Citibank | Unsecured | | No Claim Filed |
| 11. | Cit Bank/DFS | Unsecured | | No Claim Filed |
| 12. | Cross Pointe | Unsecured | | No Claim Filed |
| 13. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 14. | Harlem Furniture | Unsecured | | No Claim Filed |
| 15. | FIA Card Services | Unsecured | | No Claim Filed |
| 16. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 17. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 18. | US Bank | Unsecured | | No Claim Filed |
| 19. | Sears | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Bank United | Unsecured | | No Claim Filed |
| 22. | Washington Mutual Home Loan | Unsecured | | No Claim Filed |
| 23. | Target | Unsecured | | No Claim Filed |
| 24. | Spiegel | Unsecured | | No Claim Filed |
| 25. | First USA | Unsecured | | No Claim Filed |
| 26. | Spiegel | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jones, Mary N

Printed: 01/29/09

Case Number: 08 B 34362
Judge: Hollis, Pamela S
Filed: 12/16/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

